ECF

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION

MDL No. 1789

ELIZABETH HINTON, individually

Plaintiffs,

v.

MERCK & COMPANY, INC.,

Defendant.

Case No: 1 :07-cv-6885-JFK-JCF

**NOTICE OF APPEARANCE**

***This document relates to: 1:07-md-1789-JFK***

COMES NOW Susan Fuller, of the law firm of Reich & Binstock, LLP and hereby gives the Court her notice of appearance as counsel on behalf of the Plaintiffs in this cause.

Dated: August 10, 2007

Respectfully submitted,

s/ Susan Fuller
Susan Fuller (24032212)
REICH AND BINSTOCK, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Telephone: (713) 622-7271
Fax: (713) 623-8724

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2007, the foregoing *Notice of Appearance* was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF System.

s/ Susan Fuller